UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff,

-vs-                                                                     Case No. 6:12-cv-1342-Orl-18DAB

JOSE APARECIDO CAVALCANTE; ET AL,

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation On Defendant's Motion to Appear In Forma Pauperis (Doc. No. 3). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED** and the case is **REMANDED** to state court for all further proceedings. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 27 day of September, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record